In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to

Discipline an Attorney. Abraham Krimsky, Respondent.— Matter referred to an official referee for examination and report to this court on the facts. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.